preme Court of Missouri denied. *Mr. Martin J. O'Donnell* for petitioners. *Messrs. Charles M. Blackmar, Samuel W. Sawyer,* and *Elliott H. Jones* for respondents.

No. 942. UNIVERSAL DEALERS CO. *v.* CROMELIN, TRUSTEE. May 27, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Wm. E. Richardson* for petitioner. *Mr. Francis C. Brooke* for respondent.

No. 945. EAGLE TRANSPORT CO. ET AL. *v.* UNITED STATES, AS OWNER OF THE POCAHONTAS. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert S. Erskine* for petitioners. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 947. BONET, TREASURER, *v.* HUMACAO SHIPPING CORP. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby, George A. Malcolm,* and *Nathan R. Margold* for petitioner. *Mr. Earle T. Fiddler* for respondent.

No. 948. HEWITT *v.* UNITED STATES. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Wendel W. McCanles* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip, Fred E. Strine,* and *W. Marvin*